

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2021

No. 04-21-00203-CR

**EX PARTE** Armando **RAMOS**

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6442-W1
Honorable Velia J. Meza, Judge Presiding

# O R D E R

On December 6, 2021, appellant pro se filed a "Motion to Incorporate Letter to Second Appointed Appellate Counsel Into Appellate Record." On December 10, 2021, appellant pro se filed an "Objection to Constant Change of Counsel and Incorporation of Letter to Third Counsel." Appellant's letters to counsel are noted as filed in this court's records.

This court acknowledges the objection of appellant pro se to change in counsel. However, by statute, the trial court retains exclusive authority over counsel appointed to represent the appellant on appeal. TEX. CODE. CRIM. PROC. art. 26.04; *see also Sossamon v. State*, 110 S.W.3d 57, 61 (Tex. App.—Waco 2002, no pet.) (noting same). On November 15, 2021, the trial court's written order reflected the appointment of Raymond Martinez as appellant's appellate counsel. On November 19, 2021, the trial court appointed Edward F. Shaughnessy as appellant's appellate counsel. Mr. Shaughnessy is appellant's present appointed counsel, and appellant's brief is due **no later than December 17, 2021**—thirty days from our order lifting abatement of the case. *See* TEX. R. APP. P. 38.6(a) (appellant's brief in regular appeal is due 30 days after later of filing of clerk's record or reporter's record); *but see* TEX. R. APP. P. 10.5(b) (setting forth requirements of motion to extend time to file briefs).

Because appellant has appointed counsel to represent him on appeal, further pro se motions are discouraged.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2021.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court